THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE PHILLIPS, Appellant.— Judgment of the Court of Special Sessions of the City of New York,

Borough of Queens [County of Queens], convicting the defendant of the crime of assault in the third degree (one justice dissenting), reversed on the law and the facts, the information dismissed and the defendant discharged. The guilt of the defendant was not established beyond a reasonable doubt. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.